No. 90–833.  KUROWSKI *v.* CITY OF BRIDGEPORT, CONNECTICUT, ET AL.  App. Ct. Conn.  Certiorari denied.

No. 90–842.  AIR WISCONSIN PILOTS PROTECTION COMMITTEE ET AL. *v.* SANDERSON, TRUSTEE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–844.  HOWARD ELECTRICAL & MECHANICAL, INC., ET AL. *v.* TRUSTEES OF THE COLORADO PIPE INDUSTRY PENSION TRUST.  C. A. 10th Cir.  Certiorari denied.

No. 90–847.  PYMM ET AL. *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 90–855.  LUMBERMEN'S UNDERWRITING ALLIANCE *v.* ATLANTIC WOOD INDUSTRIES, INC.  Ct. App. Ga.  Certiorari denied.

No. 90–856.  KUNZ ET AL. *v.* UTAH POWER & LIGHT CO.  C. A. 9th Cir.  Certiorari denied.

No. 90–869.  MAYERCHECK *v.* WOODS.  Super. Ct. Pa.  Certiorari denied.

No. 90–874.  SCHERING-PLOUGH CORP. ET AL. *v.* ALBANO.  C. A. 9th Cir.  Certiorari denied.

No. 90–880.  SNAP-ON TOOLS CORP. ET AL. *v.* BOYER ET UX.  C. A. 3d Cir.  Certiorari denied.

No. 90–884.  KUNKLE ET AL. *v.* FULTON COUNTY BOARD OF COMMISSIONERS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–888.  MORGAN *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 90–895.  TURNER *v.* JONES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–897.  CADE, T/A G & G TOWING, ET AL. *v.* MONTGOMERY COUNTY, MARYLAND, ET AL.  Ct. Sp. App. Md.  Certiorari denied.